**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00893-CV**

**MATTHEW FULLER AND FULLER WEALTH MANAGEMENT, LLC,**
**Appellants**

**V.**

**CRAIG HAUSZ, MICHELLE HAUSZ, CMH ADVISORS, PLLS, AND**
**CMH WEALTH MANAGEMENT, LLC, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01154-2022**

**ORDER**

Before the Court is appellants' November 14, 2022 unopposed motion for a

ten-day extension of time to file their brief. We **GRANT** the motion and **ORDER**

the brief be filed no later than November 28, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE
